# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2015

### NO. 03-13-00403-CR

**Joseph Timothy Shimko, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
BEFORE JUSTICES PEMBERTON, FIELD AND BOURLAND
AFFIRMED ON REHEARING -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction rendered by the trial court. The Court's opinion and judgment dated May 21, 2015, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.